**Order entered February 6, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01196-CV

**WANDA LEE BOWLING, Appellant**

**V.**

**LESTER JOHN DAHLHEIMER, JR., ET AL., Appellees**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-51274-2015**

## ORDER

Before the Court is appellant's January 25, 2017 second motion for an extension of time to file a brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on February 2, 2017 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
          JUSTICE